# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TRUSTEES OF THE NATIONAL SPRINKLER INDUSTRY WELFARE FUND,

   Plaintiff,

v.

ROMERO ALI,

   Defendant,

v.

WELLS FARGO BANK N.A.,

   Garnishee.

Case No. MC19-0055RSL

ORDER DIRECTING RELEASE OF GARNISHED FUNDS AND ORDER TO SHOW CAUSE

This matter comes before the Court on defendant/judgment debtor Romero Ali's claim of exemption. The time for plaintiff/judgment creditor Trustees of the National Sprinkler Industry Welfare Fund to object to the exemption claim and schedule a hearing thereon has expired. RCW 6.27.160(2). Despite the lack of objection, there is no indication in the record that plaintiff has released the funds covered by the exemption, which defendant Ali represents is the entire bank account. RCW 6.27.160(3); Dkt. # 5 at 2.

It is hereby ORDERED that:

1. Garnishee Wells Fargo Bank, N.A., shall release to Romero Ali the funds that were garnished under this cause number. Plaintiff shall immediately deliver a copy of this order to the garnishee.

ORDER DIRECTING RELEASE OF
GARNISHED FUNDS AND ORDER
TO SHOW CAUSE

2. Plaintiff shall, within seven days of the date of this Order, show cause why it should not be ordered to pay fifty dollars to defendant pursuant to RCW 6.27.160(3). The Clerk of Court is directed to note this Order to Show Cause on the Court's calendar for June 14, 2019.

3. The Clerk of Court is further directed to mail a copy of this Order to defendant Ali at 8581 Hunts Point Ln., Hunts Point, Washington 98004.

Dated this 5th day of June, 2019.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge